Exhibit A to the Complaint

**Location:** Matawan, NJ  
**Total Works Infringed:** 113  
**IP Address:** 69.112.141.2  
**ISP:** Optimum Fiber

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 4926B5BDFE55FB91B5542CEC37C304C3405A6FCC | 06/12/2025 19:41:31 | Blacked Raw | 06/10/2025 | 06/20/2025 | PA0002536511 |
| 2 | 3CCB680A45BC369FC596C531F6505D4D82DAAB7E | 06/01/2025 19:08:10 | Wifey | 05/31/2025 | 06/10/2025 | PA0002534385 |
| 3 | 145B8BA719283C32CAB65DE9F58989CEE7889B28 | 06/01/2025 19:05:56 | Blacked Raw | 05/31/2025 | 06/09/2025 | PA0002534210 |
| 4 | 2151D1A820473B1867F79C3E76A742934E317AEC | 02/27/2025 12:28:51 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 5 | 2C6BD77362203303E7DB0E3DE715021AE8DF0B24 | 12/11/2024 14:52:44 | Blacked Raw | 09/27/2021 | 10/19/2021 | PA0002317054 |
| 6 | D3F009ABA880AFC97D077F0DCA7C0EA019A3B55A | 12/11/2024 14:44:08 | Blacked Raw | 09/06/2021 | 09/21/2021 | PA0002312674 |
| 7 | 2FCB9635441873F2F82FD2E288236DB265F3509D | 12/11/2024 14:43:18 | Blacked Raw | 09/13/2021 | 11/11/2021 | PA0002321292 |
| 8 | 8B070663D69E62B9B6A129A56E16D7EAFBB4CF51 | 12/11/2024 14:41:51 | Blacked Raw | 07/26/2021 | 09/21/2021 | PA0002312675 |
| 9 | 0aadbb1a305e6f6417c88e8b4ab196af348fc90a | 12/02/2024 13:06:25 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 10 | 0aadbb1a305e6f6417c88e8b4ab196af348fc90a | 12/02/2024 13:06:25 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 11 | 7F50CDE24216D66A525B5FA341FEB279E2EE35C8 | 10/22/2024 14:33:40 | Blacked Raw | 10/21/2024 | 11/18/2024 | PA0002500997 |
| 12 | 8198fcff43a2010c34fa503d6ab16d75e3087638 | 10/09/2024 01:18:57 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 13 | 8198fcff43a2010c34fa503d6ab16d75e3087638 | 10/09/2024 01:18:57 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 14 | 0b544116fd3c71c0740768325184da293a9b4a29 | 10/04/2024 03:23:01 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 15 | 0b544116fd3c71c0740768325184da293a9b4a29 | 10/04/2024 03:23:01 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 16 | 1e0032c304d92a2008c32c9d8bd6c7376e38204e | 10/03/2024 19:38:12 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | 1e0032c304d92a2008c32c9d8bd6c7376e38204e | 10/03/2024 19:38:12 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |
| 18 | d7a0b85f7307ae2f81c6c68f71e9eb027767313a | 09/28/2024 22:56:24 | Slayed | 06/28/2022 | 07/21/2022 | PA0002367493 |
| 19 | d7a0b85f7307ae2f81c6c68f71e9eb027767313a | 09/28/2024 22:56:24 | Slayed | 06/28/2022 | 07/21/2022 | PA0002367493 |
| 20 | 081bdbb36ebd8a1eec97721fab231768fe4e8e52 | 09/25/2024 19:18:56 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 21 | 081bdbb36ebd8a1eec97721fab231768fe4e8e52 | 09/25/2024 19:18:56 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 22 | 50047E169CF7BF25A5A6BDA85552C75250CB9809 | 09/25/2024 18:37:08 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 23 | 020A1ACD1E5F1CF96F10BD66331E953936527686 | 09/25/2024 18:12:56 | Blacked Raw | 09/16/2024 | 10/16/2024 | PA0002494705 |
| 24 | 854DCD7244186F53B1470E41ADD01512F467CD5E | 09/25/2024 18:08:50 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 25 | 3102b6dffcd43cc7c74e98e8055b038649848219 | 07/28/2024 17:41:33 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 26 | 3102b6dffcd43cc7c74e98e8055b038649848219 | 07/28/2024 17:41:33 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 27 | 88bd2337a7b550cc3d673187be9d0b5bf47c647e | 07/27/2024 10:31:44 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 28 | 88bd2337a7b550cc3d673187be9d0b5bf47c647e | 07/27/2024 10:31:44 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 29 | eefbf41773674dceec394c043163857b5c373ff4 | 07/26/2024 17:56:04 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 30 | eefbf41773674dceec394c043163857b5c373ff4 | 07/26/2024 17:56:04 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 31 | 124deb158ea73b1aa07d9edecb166ab175990ea0 | 07/26/2024 02:07:23 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 32 | 124deb158ea73b1aa07d9edecb166ab175990ea0 | 07/26/2024 02:07:23 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 33 | da1bfc12057aec8ad6bd1b31eb9dd24214742075 | 07/26/2024 00:42:15 | Slayed | 06/06/2023 | 07/14/2023 | PA0002427489 |
| 34 | da1bfc12057aec8ad6bd1b31eb9dd24214742075 | 07/26/2024 00:42:15 | Slayed | 06/06/2023 | 07/14/2023 | PA0002427489 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 63cd460c2e1eb0a247a54f5e7519567cfb0fa018 | 07/25/2024 06:40:28 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 36 | 63cd460c2e1eb0a247a54f5e7519567cfb0fa018 | 07/25/2024 06:40:28 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 37 | 955d3c53bf27c5c6d728f09fd633fd1800088b6a | 07/23/2024 05:46:41 | Blacked | 08/20/2022 | 08/29/2022 | PA0002367733 |
| 38 | 955d3c53bf27c5c6d728f09fd633fd1800088b6a | 07/23/2024 05:46:41 | Blacked | 08/20/2022 | 08/29/2022 | PA0002367733 |
| 39 | 8517fa09ec042f36973722942258cd5bd8899371 | 07/23/2024 05:44:57 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 40 | 8517fa09ec042f36973722942258cd5bd8899371 | 07/23/2024 05:44:57 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 41 | 631cea14ff177cdcb5eefab5db9a6aea14045f0d | 07/22/2024 17:50:47 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 42 | 631cea14ff177cdcb5eefab5db9a6aea14045f0d | 07/22/2024 17:50:47 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 43 | d2b10a1ea574f6ceece0f89d3019a4eac8e18a24 | 07/22/2024 04:10:59 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 44 | d2b10a1ea574f6ceece0f89d3019a4eac8e18a24 | 07/22/2024 04:10:59 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 45 | 1abd14f9cf326cae076d9241d80368e758ded653 | 07/21/2024 06:03:00 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 46 | 1abd14f9cf326cae076d9241d80368e758ded653 | 07/21/2024 06:03:00 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 47 | e83e97990d3d6301121d85bcc16d9fc8c74da51f | 07/20/2024 21:52:41 | Blacked | 09/03/2022 | 11/01/2022 | PA0002378069 |
| 48 | e83e97990d3d6301121d85bcc16d9fc8c74da51f | 07/20/2024 21:52:41 | Blacked | 09/03/2022 | 11/01/2022 | PA0002378069 |
| 49 | 9cf15457ebf4aca29edc5622b492ae9e9a42a922 | 07/20/2024 00:01:01 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 50 | 9cf15457ebf4aca29edc5622b492ae9e9a42a922 | 07/20/2024 00:01:01 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 51 | 044bdfa799e32be3612aceeaf532ed5968c14c86 | 07/18/2024 00:49:21 | Vixen | 08/05/2022 | 08/29/2022 | PA0002367737 |
| 52 | d736d5ca447c0bddc05619813cdef241b0cd20f1 | 07/18/2024 00:49:21 | Blacked | 05/28/2022 | 06/27/2022 | PA0002355034 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 044bdfa799e32be3612aceeaf532ed5968c14c86 | 07/18/2024 00:49:21 | Vixen | 08/05/2022 | 08/29/2022 | PA0002367737 |
| 54 | d736d5ca447c0bddc05619813cdef241b0cd20f1 | 07/18/2024 00:49:21 | Blacked | 05/28/2022 | 06/27/2022 | PA0002355034 |
| 55 | 8f4a7a6f26712c9a19e1078b598a9a897015ac03 | 07/17/2024 07:32:25 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 56 | 8f4a7a6f26712c9a19e1078b598a9a897015ac03 | 07/17/2024 07:32:25 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 57 | b94e92710810cdb083662ce4e3aaec450ba7d8d0 | 07/15/2024 14:19:38 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 58 | b94e92710810cdb083662ce4e3aaec450ba7d8d0 | 07/15/2024 14:19:38 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 59 | 7f27fb540b3a76e99c1c5a579931ae0b70a890ae | 07/09/2024 08:38:18 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 60 | 7f27fb540b3a76e99c1c5a579931ae0b70a890ae | 07/09/2024 08:38:18 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 61 | 5ad740bf20bd1c3fcc32b57de43a932ae5f54860 | 07/07/2024 01:14:18 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 62 | 5ad740bf20bd1c3fcc32b57de43a932ae5f54860 | 07/07/2024 01:14:18 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 63 | 9c9868f9a2bcee240b9c6d024c49b6394f903e00 | 06/12/2024 00:06:49 | Tushy | 07/03/2022 | 07/22/2022 | PA0002359464 |
| 64 | 9c9868f9a2bcee240b9c6d024c49b6394f903e00 | 06/12/2024 00:06:49 | Tushy | 07/03/2022 | 07/22/2022 | PA0002359464 |
| 65 | 0154312094a7ae79c49d5351d86d551902c6278f | 06/11/2024 10:53:08 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 66 | 0154312094a7ae79c49d5351d86d551902c6278f | 06/11/2024 10:53:08 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 67 | 26508b32b1d7b36a71d82a6147d3341d9ff0a9a6 | 06/08/2024 02:04:09 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 68 | 26508b32b1d7b36a71d82a6147d3341d9ff0a9a6 | 06/08/2024 02:04:09 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 69 | a060b5306068648e94216f999a4669f66924e14b | 06/06/2024 18:15:52 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 70 | a060b5306068648e94216f999a4669f66924e14b | 06/06/2024 18:15:52 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | 157daaf6e1b1a08e6f860e9ce0331f86984e6cb0 | 05/09/2024 13:35:57 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 72 | 157daaf6e1b1a08e6f860e9ce0331f86984e6cb0 | 05/09/2024 13:35:57 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 73 | 0ffc424965d6352089903917de34a14a712ffcfa | 05/08/2024 21:00:43 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 74 | 0ffc424965d6352089903917de34a14a712ffcfa | 05/08/2024 21:00:43 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 75 | 0eeb22a39ef54d7cac69a0e6ad6704efe222fddd | 05/08/2024 20:06:38 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 76 | 0eeb22a39ef54d7cac69a0e6ad6704efe222fddd | 05/08/2024 20:06:38 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 77 | c4701978c2dd1b9a66e146be35061871622ceea2 | 05/08/2024 07:27:24 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 78 | c4701978c2dd1b9a66e146be35061871622ceea2 | 05/08/2024 07:27:24 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 79 | 09855072a84b4bbf2d6180defec9f259dc6d31e6 | 05/05/2024 17:16:21 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 80 | 09855072a84b4bbf2d6180defec9f259dc6d31e6 | 05/05/2024 17:16:21 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 81 | 255af3ce4ca220d54492b7f13a0c8a8408e647fc | 04/22/2024 11:30:03 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 82 | 255af3ce4ca220d54492b7f13a0c8a8408e647fc | 04/22/2024 11:30:03 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 83 | 8c27c44902812b2a1f331b0796404835492158f4 | 04/19/2024 13:37:20 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 84 | 8c27c44902812b2a1f331b0796404835492158f4 | 04/19/2024 13:37:20 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 85 | 0fcee93a0c139e023cdd284d42c99d29eb649657 | 04/02/2024 21:58:58 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 86 | 0fcee93a0c139e023cdd284d42c99d29eb649657 | 04/02/2024 21:58:58 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 87 | f28afd3d4be03cecc6fca28fe25e0895a96517d4 | 04/01/2024 17:27:08 | Tushy | 07/16/2023 | 08/17/2023 | PA0002425541 |
| 88 | f28afd3d4be03cecc6fca28fe25e0895a96517d4 | 04/01/2024 17:27:08 | Tushy | 07/16/2023 | 08/17/2023 | PA0002425541 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 89 | 89450f1cff53e8f45e1b254d417ffcb96f6e8b0a | 03/21/2024 12:07:18 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 90 | 89450f1cff53e8f45e1b254d417ffcb96f6e8b0a | 03/21/2024 12:07:18 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 91 | 182a2190ae0339705a6191d53fd7e59ab4d1ccab | 03/02/2024 20:54:32 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 92 | 182a2190ae0339705a6191d53fd7e59ab4d1ccab | 03/02/2024 20:54:32 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 93 | 4b09659eb2be7c1712b9dedaca96be4851594b6f | 02/29/2024 15:31:30 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |
| 94 | 4b09659eb2be7c1712b9dedaca96be4851594b6f | 02/29/2024 15:31:30 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |
| 95 | 5b680b6a75ea48b4b4b49f3c7b1b6a2726b410cd | 02/03/2024 00:30:06 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 96 | 5b680b6a75ea48b4b4b49f3c7b1b6a2726b410cd | 02/03/2024 00:30:06 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 97 | be1c9321763822037446a8f349b99f5a15fb7243 | 01/15/2024 20:47:32 | Tushy | 07/02/2023 | 07/13/2023 | PA0002420348 |
| 98 | be1c9321763822037446a8f349b99f5a15fb7243 | 01/15/2024 20:47:32 | Tushy | 07/02/2023 | 07/13/2023 | PA0002420348 |
| 99 | dbaf7502e2630dbb366ed11af6971e26893af162 | 01/05/2024 06:12:08 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 100 | dbaf7502e2630dbb366ed11af6971e26893af162 | 01/05/2024 06:12:08 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 101 | 0a057ffecd24a2a7c84eab2508bf9a2598af08c6 | 01/05/2024 04:07:54 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 102 | 0a057ffecd24a2a7c84eab2508bf9a2598af08c6 | 01/05/2024 04:07:54 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 103 | 1c6d933d4fbee158f69d58de8d028888d550c739 | 01/04/2024 14:00:01 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 104 | 1c6d933d4fbee158f69d58de8d028888d550c739 | 01/04/2024 14:00:01 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 105 | 768febbf87383ac1b5fe2f827b423121e480949e | 12/17/2023 06:43:18 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 106 | 768febbf87383ac1b5fe2f827b423121e480949e | 12/17/2023 06:43:18 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 107 | 0afb482ee93bc95474ce8791b8f929ce548b9faf | 12/06/2023 04:22:35 | Blacked Raw | 06/13/2023 | 07/13/2023 | PA0002420359 |
| 108 | 0afb482ee93bc95474ce8791b8f929ce548b9faf | 12/06/2023 04:22:35 | Blacked Raw | 06/13/2023 | 07/13/2023 | PA0002420359 |
| 109 | d2dbd66da834770af5847545f3b52c3b0894df8b | 12/05/2023 21:16:26 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 110 | d2dbd66da834770af5847545f3b52c3b0894df8b | 12/05/2023 21:16:26 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 111 | f50ed2232b0def79ee1a4b7237e55de135218df4 | 11/14/2023 22:00:16 | Blacked Raw | 05/02/2022 | 05/20/2022 | PA0002350372 |
| 112 | f50ed2232b0def79ee1a4b7237e55de135218df4 | 11/14/2023 22:00:16 | Blacked Raw | 05/02/2022 | 05/20/2022 | PA0002350372 |
| 113 | 1C33966CA697F07B9CEFF4A0684F619ACFF8FF54 | 11/14/2023 21:10:23 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |